**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                         |     |                        |
| --------------------------------------- | --- | ---------------------- |
|                                         | )   |                        |
| JOHN E. HORSEY,                         | )   |                        |
|                                         | )   |                        |
| Plaintiff,                              | )   |                        |
|                                         | )   |                        |
| v.                                      | )   | No. 14-cv-1568 (KBJ)   |
|                                         | )   |                        |
| U.S. DEPARTMENT OF STATE, *et al.*,     | )   |                        |
|                                         | )   |                        |
| Defendants.                             | )   |                        |
|                                         | )   |                        |

## MEMORANDUM OPINION

On July 19, 2016, the defendants in this matter filed a motion to dismiss plaintiff's amended complaint.  (ECF No. 28.)  The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by October 4, 2016, the Court may treat the motion as conceded.  (ECF No. 29.)  To date, the plaintiff has neither filed an opposition to the motion nor has requested more time to do so.  Therefore, the Court will **GRANT** the defendants' motion as conceded and will **DISMISS** this action without prejudice.

A separate Order accompanies this Memorandum Opinion.

DATE:  October 28, 2016                    *Ketanji Brown Jackson*
                                           KETANJI BROWN JACKSON
                                           United States District Judge